**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sherri Strole, | No. CV-24-08209-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Attorney General's Office, | |
| Defendant. | |

At issue is Plaintiff's Motion for Waiver of All Fees and Costs (Including Reproduction Costs for Case Files, Transcripts, and Recordings), and Motion to Reinstate Case and Consolidate and Expand or Assign Legal Counsel (Doc. 33). Plaintiff requests, *inter alia*, for this Court to reinstate this matter because she was "unable to meet the traditional and restricted (by clerks) service requirement that led to dismissal." (Doc. 33 at 2.) Lack of service did not lead to the dismissal of Plaintiff's claims here; rather, her Second Amendment Complaint was ultimately dismissed on ripeness grounds (Doc. 17 at 7.) Having presented no germane justification for reinstatement, this matter will remain closed. Plaintiff's other requested relief—that she be assigned legal counsel, that she be permitted to proceed *in forma pauperis* despite already being granted that status (Doc. 12), and that this matter be consolidated with a state case—are rendered futile by the closed status of this matter.

. . .

. . .

1    **IT IS HEREBY ORDERED** denying Plaintiff's Motion for Waiver of All Fees
2 and Costs (Including Reproduction Costs for Case Files, Transcripts, and Recordings), and
3 Motion to Reinstate Case and Consolidate and Expand or Assign Legal Counsel (Doc. 33).
4    **IT IS FURTHER ORDERED** directing the Clerk of Court not to accept any further
5 filings in this closed case.
6    Dated this 8th day of December, 2025.

Honorable John J. Tuchi
United States District Judge